

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2015

No. 04-14-00811-CV

Randy **COLEMAN** and Jim Coleman Company,
Appellants

v.

Ralph **DEAN**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-04-49987-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellant, Randy Coleman's, motion for extension of time to file motion for rehearing and motion for extension of time to file rehearing en banc are GRANTED. The motions are due on October 2, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court